IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA S. HUNT and RUSSELL W. HUNT, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 08-0990-CV-W-GAF |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., SUNRISE SENIOR LIVING DEVELOPMENT, INC., SUNRISE SENIOR LIVING INVESTMENTS, INC. and SCHINDLER ELEVATOR CORPORATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation and Motion for Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 3, 2009